# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSS DANIEL WALKER,<br><br>Plaintiff,<br><br>v.<br><br>CHILD PROTECTIVE SERVICES, et al.,<br><br>Defendants. | CASE NO. 1:22-cv-00466-AWI-SKO<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DISMISS FOR PLAINTIFF'S FAILURE TO COMPLY WITH THE COURT'S ORDERS AND FAILURE TO PROSECUTE**<br><br>**(Doc. No. 9)** |

Plaintiff Ross Daniel Walker is proceeding *pro se* and *in forma pauperis* in this action. (*See* Doc. No. 6.) Plaintiff filed his complaint in the United States District Court for the Eastern District of New York on April 11, 2022. (Doc. No. 1). The case was transferred, *sua sponte*, to this Court on April 19, 2022. (*See* Doc. No. 4.)

On May 24, 2022, the assigned magistrate judge issued a screening order finding that Plaintiff's complaint failed to state any cognizable claims and granting leave for Plaintiff to file an amended complaint within thirty days. (Doc. No. 7.) To date, Plaintiff has not filed an amended complaint or requested an extension of time in which to do so.

On July 12, 2022, an order issued for Plaintiff to show cause ("OSC") within thirty days why the action should not be dismissed for his failure to comply with the Court's screening order and for failure to prosecute this case. (Doc. No. 8.) Plaintiff was warned in both the screening order and the OSC that the failure to comply with the Court's order would result in a recommendation to the presiding district judge of the dismissal of this action. (*Id*. *See also* Doc. No. 7.) Plaintiff did not respond to the OSC.

On August 18, 2022, the assigned magistrate judge issued findings and recommended that

the case be dismissed with prejudice for failing to comply with the court's screening order and the order to show cause and for failure to prosecute. (Doc. No. 9.) Plaintiff was granted thirty (30) days in which to file objections to the findings and recommendation. (*Id.*) No objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds that the findings and recommendation are supported by the record and proper analysis.

ORDER

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendation dated August 18, 2022 (Doc. No. 9), are ADOPTED IN FULL;
2. This action is DISMISSED; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: October 5, 2022

SENIOR DISTRICT JUDGE

2